UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 1:16-cv-62793-WPD

HENRIETTA MANCINI,

    Plaintiff,

vs.

PENNYMAC LOAN SERVICES, LLC,

    Defendant.
_____/

### JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a dismissal with prejudice of this action with each party to bear its own attorney's fees and costs.

### CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for defendant represents to the Court that counsel for plaintiff has authorized him to affix his electronic signature to this joint stipulation for final order of dismissal.

| | |
|---|---|
| By: */s/ Yechezkel Rodal, Esq.*<br>Yechezkel Rodal<br>Florida Bar. No. 091210<br>chezky@Rodallaw.com<br>**Rodal Law, P.A.**<br>3201 Griffin Road, Suite 203<br>Dania Beach, Florida  33312<br>Telephone:  (954) 367-5308<br>Facsimile:  (954) 272-7587<br>*Counsel for Ms. Mancini* | By: */s/ Eric S. Matthew*<br>Eric S. Matthew<br>Florida Bar No. 0026539<br>**AKERMAN, LLP**<br>Three Brickell City Centre<br>98 S.E. Seventh Street, Suite 1100<br>Miami, FL 33131<br>Telephone:  (305) 374-5600<br>Facsimile:  (305) 374-5095<br>eric.matthew@akerman.com<br>*Counsel for PennyMac* |

43235197;1
43235197;1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on October 27, 2017 with the Clerk of Court using CM/ECF.

/s/ Eric S. Matthew
Eric S. Matthew

43235197;1
43235197;1
43235197;1