UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:16-cv-62793-WPD

HENRIETTA MANCINI,

    Plaintiff,

vs.

PENNYMAC LOAN SERVICES, LLC,

    Defendant.

_____/

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Joint Stipulation of Dismissal [DE 26]. The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, and it is hereby **ORDERED AND ADJUDGED** that the Joint Stipulation [DE 26] is **APPROVED**. This action is **DISMISSED,** with each party to bear their own fees and costs, except as otherwise agreed by the parties. The Clerk is directed to **CLOSE** this action and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of October, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record